## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

CARL LEE DAWSON                                                                                          PLAINTIFF

V.                                            NO: 4:10CV00527 WRW/HDY

GARY STEWART *et al.*                                                                                DEFENDANTS

### **ORDER**

The Clerk is directed to change the style of the case to reflect the correct name of Defendant Karl Byrd, as set forth in his answer (docket entry #12).

IT IS SO ORDERED this __6__ day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE